THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK J. KENT, Relator, v. EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of the police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SCIANDRA, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent.— Order dismissing writ of habeas corpus affirmed. No opinion. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.

OTTO SCHWARTZ, Respondent, v. CHARLES PALLEY, as Receiver of the WILLIAMS-BURG MUTUAL FINANCE ASSOCIATION, INC., Appellant.— Order reversed on the law and the facts and motion of receiver-defendant to open default and vacate order of October 23, 1931, and judgment entered thereon granted, without costs. As a matter of discretion, and as a furtherance of justice, we are of the opinion that the judgment obtained by the plaintiff against the defendant was improper and should not be permitted to stand. To compel defendant as receiver of the defunct corporation to pay the amount of said judgment would deny to the general creditors and the bondholders of the defunct corporation the right to share *pro rata* in the assets of the corporation to be administered by the receiver. Under the peculiar circumstances in this case and in the interests of justice, therefore, we think the judgment should be vacated and the plaintiff must seek redress through the usual channels of receivership liquidation and administration. Appeals from orders denying receiver-defendant's motions to resettle order and to vacate order of March 15, 1932, dismissed, without costs. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

LOUIS SHERLING and PAULINE SHERLING, Appellants, v. GALLATIN IMPROVE-MENT CO., INC., and Others, Defendants, Impleaded with JACOB BAKRAT and Others, Respondents.— Order denying motion for judgment on the pleadings reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Sherling* v. *Gallatin Improvement Co., Inc.* (*ante*, p. 535), herewith decided. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

MARGARET SMITH, Respondent, v. GEORGE O. BALDWIN and Others, Defendants, Impleaded with WILLIAM WARING, Appellant.— Order of the County Court of Nassau county denying motion to set aside the verdict and judgment and to grant a new trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.